IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| AMANDA NORRIS,<br>JOSEPH NORRIS III<br><br>    Plaintiffs,<br><br>v.<br><br>PNC BANK, N.A.,<br>SAFEGUARD PROPERTIES<br>MANAGEMNT, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:20-cv-03315-ELH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Plaintiffs Amanda Norris and Joseph Norris, III, and Defendants Safeguard Properties Management, LLC and PNC Bank, N.A., submit this Status Report in response to this Court's request.  (ECF No. 158.)

1. <u>Whether the parties believe it would be helpful to refer this case to a Magistrate Judge for a settlement conference.</u>  The parties participated in two settlement conference sessions with Judge Boardman, both of which were unsuccessful.  At this time, the parties do not believe it would be helpful to refer this case to a Magistrate Judge for a third session.  Although Defendants have little optimism that a third session would be successful, Defendants would participate in good faith if the Court believes that it may be productive or beneficial for the parties to participate in another settlement conference.

2. <u>Whether all parties consent to have a Magistrate Judge conduct all further proceedings in this case, including trial.</u>  Defendants do not consent to having a Magistrate Judge conduct all further proceedings in this case, including trial.

3. <u>Whether the case is to be tried by jury or non-jury.</u>  Plaintiffs requested a jury trial in their Complaint.

4. <u>The anticipated length of trial.</u>  Plaintiffs believe the trial will last 3-4 weeks. Defendants believe that trial should last approximately three days.

5. <u>Any other matter(s) that you believe should be brought to the Court's attention.</u>

As discovery is closed, Defendants request that the Court set a schedule for pretrial proceedings.  Defendants intend to file motions for leave to address two issues not resolved by the original summary judgment motions, which Defendants believe can and should be addressed prior to trial.  More specifically, PNC will file a motion *in limine* asking the Court to resolve Plaintiffs' punitive damages claim in PNC's favor, for the reasons articulated by the Court in deciding the issue in favor of Safeguard.  *See* ECF 156 at 77.  Safeguard will seek leave to file a second motion for summary judgment as to any vicarious liability for the intentional theft, damage, and destruction of plaintiffs' personal property by Safeguard's subcontractor as such alleged theft, damage, and destruction of property was outside the scope of Mr. Twesigye's employment for the same reasons set forth in PNC's Motion for Summary Judgment and for the reasons set forth in the Court's Memorandum Opinion.  *See* ECF 156 at 59.  Plaintiffs oppose these motions.  Plaintiffs state that they may file a motion for reconsideration concerning the ruling on the motions for summary judgment.  Defendants will oppose any such motion for reconsideration.

Respectfully submitted,

| | |
|---|---|
| SAFEGUARD PROPERTIES MANAGEMENT, LLC<br>By Counsel | PNC BANK, N.A.,<br>By Counsel |
| /s/ *Matthew D. Berkowitz*<br>Matthew D. Berkowitz, Esq., (Bar #17999)<br>Samantha N. Lewis, Esq. (Bar #21318)<br>Carr Maloney, P.C.<br>2020 K Street, NW<br>Suite 850<br>Washington, D.C. 20006<br>(202) 310-5500 (Telephone)<br>(202) 310-5555 (Facsimile)<br>matthew.berkowitz@carrmaloney.com<br>sarah.james@carrmaloney.com | /s/ *Daniel Tobin*<br>Daniel Tobin, Esq., (Bar # 10338)<br>Ballard Spahr LLP<br>1909 K Street, N.W.<br>12th Floor<br>Washington, DC 20006<br>(202) 661-2256 (Telephone)<br>(202) 661-2299 (Facsimile)<br>tobindj@ballardspahr.com |

AMANDA NORRIS AND
JOSEPH NORRIS, III


 /s/ *Amanda Norris*[1]
Amanda Norris
Joseph Norris, IIII
8616 Inwood Road
Windsor Mill, MD 21244

---

[1] Matthew Berkowitz and Amanda Norris discussed the contents of this Report on July 14, 2022. After reading the Report back to Ms. Norris, Ms. Norris authorized Mr. Berkowitz to sign her name to this Report.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 14, 2022, a true copy of the foregoing document was served via the Court's ECF system on the following:

>Daniel J. Tobin, Esq.
>Ballard Spahr LLP
>1909 K Street, N.W.
>Washington, DC 20006
>*Counsel for PNC Bank, N.A.*

and was served via U.S. Mail upon:

>Amanda Norris
>Joseph Norris, III
>8616 Inwood Road
>Windsor Mill, MD 21244
>*Pro se Plaintiffs*

>\_*/s/ Matthew D. Berkowitz*_____
>Matthew D. Berkowitz