**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

July 18, 2022

LETTER TO AMANDA NORRIS AND JOSEPH NORRIS, III BY U.S. MAIL
AND TO COUNSEL BY CM/ECF

    Re:    *Norris, et al. v. PNC Bank, N.A., et al.*
            Civil No.:  ELH-20-3315

Dear Mr. and Ms. Norris and Counsel:

    This letter is to advise you that a Scheduling Conference has been set for **August 31, 2022, at 2:30 p.m.**  The conference will be held in the Courthouse, Courtroom 5B, and a court reporter will be in attendance.  The purpose of the conference is to schedule the trial and related matters.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                                Sincerely,

                                                /s/
                                         Ellen Lipton Hollander
                                         United States District Judge